BRENDA H. ENTZMINGER
Nevada Bar No. 9800
AMTOJ S. RANDHAWA
Nevada Bar No. 13746
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SUZY MCCABE,<br><br>    Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC., WALMART NEIGHBORHOOD MARKET, DOE MAINTENANCE EMPLOYEE, DOE EMPLOYEE, DOE JANITORIAL EMPLOYEE, DOE OWNER, I-V, ROE EMPLOYER, and ROE COMPANIES,<br><br>    Defendants. | Case No.: 2:14-01987-JAD-CWH<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**[FIRST REQUEST]** |

Comes now Plaintiff SUZY MCCABE ("Plaintiff") and Defendant WAL-MART STORES, INC. ("Walmart"), by and through their respective counsel of record, and hereby stipulate to the extension of all remaining discovery deadlines by thirty days. The parties therefore propose the following revised discovery plan.

Pursuant to Local Rule 6-1(b), the parties hereby aver that this is the first such discovery extension requested in the matter.

**DISCOVERY COMPLETED TO DATE**

The parties have conducted an FRCP 26(f) conference and have served their respective FRCP 26(a) disclosures. Both parties have propounded written discovery requests—including interrogatories, requests for admission and requests for production. Both parties have answered

- 1 -

propounded written discovery requests. Plaintiff's FRCP 35 Independent Medical Evaluation was held on Friday, May 22, 2015. The parties have scheduled Plaintiff's deposition for Tuesday, June 9, 2015.

## DISCOVERY TO BE COMPLETED AND REASONS FOR EXTENSION OF DISCOVERY

Discovery to be completed includes: additional written discovery; deposition of fact witnesses; depositions of Plaintiff's treating physicians; disclosure of expert witnesses; depositions of expert witnesses and rebuttal expert witnesses.

Despite the good faith efforts of the parties to comply with the Court's discovery deadlines, Plaintiff was unavailable for a Rule 35 Independent Medical Evaluation until May 22, 2015. The delay in conducting the Rule 35 Independent Medical Evaluation in conjunction with the voluminous amount of medical records the parties' respective experts must review constitute good cause for a thirty day extension of all remaining discovery deadlines by thirty days.

## [PROPOSED] NEW DISCOVERY DEADLINE

**Expert Disclosure Deadline**

Current: June 3, 2015
Proposed: July 3, 2015

**Rebuttal Expert Disclosure**

Current: July 3, 2015
Proposed: August 3, 2015

**Interim Status Report**

Current: June 3, 2015
Proposed: July 3, 2015

**Dispositive Motions**

Current: September 3, 2015
Proposed: October 5, 2015

//

//

**Pre-Trial Order**

    Current: October 2, 2015
    Proposed: November 2, 2015

**Discovery Cut-off Date**

    Current: August 3, 2015
    Proposed: September 2, 2015

If this extension is granted, all anticipated additional discovery should be concluded within its stipulated extended deadlines. The parties aver that this request for extension of discovery deadlines is made by the parties in good faith and not for the purpose of delay.

Dated this 27th day of May, 2015.      Dated this 27th day of May, 2015.

*/s/ Adrian Karimi*      */s/ Brenda H. Entzminger*
Adrian Karimi      Brenda H. Entzminger
Nevada Bar No. 13514      Nevada Bar No. 9800
MORRIS ANDERSON LAW FIRM      PHILLIPS SPALLAS & ANGSTADT
716 S. Jones Blvd.      504 South Ninth Street
Las Vegas, NV 89107      Las Vegas, NV 89101

*Attorneys for Plaintiff*      *Attorneys for Defendant*
*Suzy McCabe*      *Wal-Mart Stores, Inc.*

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: May 28, 2015

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27<u>th</u> day of May, 2015, I served a true and correct copy of the foregoing, **STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINES, [FIRST REQUEST]**, by facsimile and by U.S. Mail, in a sealed envelope, first-class postage fully prepaid, addressed to the following counsel of record, at the address listed below:

| ATTORNEY OF RECORD | TELEPHONE/FAX | PARTY |
|---|---|---|
| RYAN M. ANDERSON, ESQ.<br>Nevada Bar No. 11040<br>KIMBALL JONES, ESQ.<br>Nevada Bar No. 12982<br>MORRIS ANDERSON<br>716 S. Jones Blvd.<br>Las Vegas, NV 89107 | Phone 702-333-1111<br>Fax    702-507-0092 | Plaintiff |

*/s/ Amtoj S. Randhawa*
An Employee of PHILLIPS, SPALLAS & ANGSTADT LLC