UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SUZY McCABE,

          Plaintiff,

vs.

WAL-MART STORES, INC.

          Defendant.

Case No. 2:14-cv-01987-JAD-CWH

**ORDER**

      Presently before the Court is Plaintiff's Emergency Motion to Compel Discovery Responses (Doc. #28), supported by the Affidavit of Kathryn Butler (Doc. #29), filed on August 7, 2015. Also before the Court is Plaintiff's Emergency Motion to Extend Discovery Deadlines (Doc. #30), filed on August 10, 2015. The Court has reviewed the motions and deems it appropriate to shorten the briefing schedules for these motions.

      IT IS ORDERED that responses to Plaintiff's Emergency Motion to Compel Discovery Responses (Doc. #28) and Plaintiff's Emergency Motion to Extend Discovery Deadlines (Doc. #30) are due on or before August 13, 2015.

      IT IS FURTHER ORDERED that replies in support of Plaintiff's Emergency Motion to Compel Discovery Responses (Doc. #28) and Plaintiff's Emergency Motion to Extend Discovery Deadlines (Doc. #30) are due on or before August 14, 2015.

      IT IS FURTHER ORDERED that the Court will hear argument regarding these motions at the motions hearing currently set for August 18, 2015, at 9:00 a.m.

      DATED: August 11, 2015.

                                                      _____
                                                     **C.W. Hoffman, Jr.**
                                                     **United States Magistrate Judge**