BRENDA H. ENTZMINGER
Nevada Bar No. 9800
AMTOJ S. RANDHAWA, ESQ.
Nevada Bar No. 13746
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SUZY MCCABE,<br><br>           Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC., WALMART NEIGHBORHOOD MARKET, DOE MAINTENANCE EMPLOYEE, DOE EMPLOYEE, DOE JANITORIAL EMPLOYEE, DOE OWNER, I-V, ROE EMPLOYER, and ROE COMPANIES,<br><br>           Defendants. | Case No.: 2:14-01987-JAD-CWH<br><br>**STIPULATION AND [PROPOSED ORDER] ESTABLISHING PARAMETERS FOR FRCP 34 SITE INSPECTION BY PLAINTIFF SUZY MCCABE** |

   COME NOW, Plaintiff SUZY MCCABE ("Plaintiff"), by and through her counsel of record, MORRIS ANDERSON law firm, and Defendant WAL-MART STORES, INC. ("Walmart"), by and through its counsel of record, the law firm of PHILLIPS, SPALLAS & ANGSTADT LLC, and pursuant to the provisions of FRCP 34(a)-(b)(1), the parties agree, and hereby stipulate, that the inspection shall be conducted within the following parameters:

   At or around 7:00 a.m. on <u>Wednesday, August 26, 2015</u>, at the premises of Walmart Store No. 3355, located at 1400 S. Lamb Blvd, Las Vegas, Nevada ("premises"), Defendant shall permit no more than two (2) individuals from Plaintiff's counsel's law firm of record, Morris Anderson, and Plaintiff's designated expert (collectively, "Plaintiff's group") entry upon the premises for the express purposes of inspection, measurement, surveying, photography, and non-destructive and non-invasive

testing of the property.  Said inspection, measurement, surveying, photography, co-efficient of friction testing, and non-destructive and non-invasive testing shall be directed to the floor upon which Plaintiff allegedly fell on November 4, 2012. This area includes a distance of up to twenty feet in any or all directions from the location of Plaintiff's alleged fall in the "vegetable area" of the Produce Department. Plaintiff's group may remain on the premises for one hour beginning at 7:00 a.m. on August 26, 2015 and ending at 8:00 a.m. on August 26, 2015.

Members of Plaintiff's group may not utilize videotape or video or audio recording of any kind. No member of Plaintiff's group shall speak to any member of Walmart personnel during the inspection.  Plaintiff is permitted to photograph only her path of travel to the location at which she allegedly fell and only the location at which she allegedly fell. Plaintiff is not permitted to take any other photographs.

//

//

//

//

//

//

//

//

//

//

//

//

//

This is a complete and accurate memorialization of the parties' agreement. No other use of the premises, other than the uses expressly delineated herein, will be permitted.

Respectfully submitted by:

DATED: 20th day of August, 2015                    DATED: 20th day of August, 2015

**MORRIS ANDERSON**                                **PHILLIPS, SPALLAS & ANGSTADT LLC**

*/s/ Ryan Anderson*                                */s/ Amtoj S. Randhawa*

RYAN ANDERSON, ESQ.                                AMTOJ S. RANDHAWA
Nevada Bar No. 11040                               Nevada Bar No. 13746
716 S. JONES BLVD.                                 504 South Ninth Street
Las Vegas, Nevada 89107                            Las Vegas, Nevada 89101
(702) 333-1111                                     (702) 938-1510

*Attorneys for Plaintiff*                          *Attorneys for Defendant*
*Suzy McCabe*                                      *Wal-Mart Stores, Inc.*

## ORDER

**IT IS SO ORDERED**

DATED: August 21, 2015

_____
**UNITED STATES MAGISTRATE JUDGE**