**RYAN M. ANDERSON, ESQ.**
Nevada Bar No. 11040
**JACQUELINE BRETELL, ESQ.**
Nevada Bar No. 12335
**MORRIS ANDERSON**
716 S. Jones Blvd.
Las Vegas, Nevada 89106
Phone: (702) 333-1111
Fax: (702) 507-0092
*Attorneys for Plaintiff Suzy McCabe*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SUZY MCCABE,<br><br>                     Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC, WAL-MART NEIGHBORHOOD MARKET, DOE MAINTENANCE EMPLOYEE, DOE EMPLOYEE, DOE JANITORIAL EMPLOYEE, DOE OWNER, I-V, ROE OWNERS, ROE EMPLOYER, and ROE COMPANIES.<br><br>                     Defendants. | CASE NO: 2:14-cv-01987-JAD-CWH<br><br>**STIPULATION AND ORDER TO AMEND CAPTION** |

The parties to this action, Plaintiff Susie McCabe aka Suzy McCabe ("Plaintiff"), by and through her counsel, Ryan M. Anderson Esq. and Jacqueline R. Bretell, Esq., of the law firm of MORRIS ANDERSON LAW, and Defendants WAL-MART STORES, INC and WAL-MART NEIGHBORHOOD MARKET, by and through their counsel, Brenda H. Entzminger, Esq. of PHILLIPS, SPALLAS & ANGSTADT LLC, hereby stipulate and request that this Court enter a stipulation allowing the Caption to be amended to correct plaintiff's name from Suzy McCabe to

/ / /

/ / /

/ / /

1

1  Susie McCabe as the proper party for purposes of this litigation.

2  Dated: __November 3, 2015_____.          Dated: __November 3, 2015___.

3  **MORRIS ANDERSON**                      **PHILLIPS, SPALLAS & ANGSTADT LLC**

6  ___/s/Jacqueline R. Bretell_____         ___/s/Jennifer N. Taylor_____
   **RYAN ANDERSON, ESQ.**                  **BRENDA H. ENTZMINGER, ESQ.**
   Nevada Bar No. 11040                     Nevada Bar No. 9800
   **JACQUELINE R. BRETELL, ESQ.**          **JENNIFER N. TAYLOR, ESQ.**
   Nevada Bar No. 12335                     Nevada Bar No. 6141
   716 S. Jones Blvd.                       504 W. Ninth Street
   Las Vegas, Nevada 89107                  Las Vegas, Nevada 89101
   *Attorneys for Plaintiff*                *Attorneys for Defendant WAL-MART STORES,*
   *SUSIE MCCABE*                           *INC. & WALMART NEIGHBORHOOD MARKET*

## ORDER

   IT IS SO ORDERED. The Clerk of Court is directed to amend the record's caption to reflect plaintiff's name as "Susie McCabe."

                                             UNITED STATES MAGISTRATE JUDGE

                                             DATED: November 6, 2015

2