UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

SUSIE McCABE,

    Plaintiff(s),

vs.

WAL-MART STORES, INC., ET AL.,

    Defendant(s).

Case # 2:14-CV-1987-JAD-CWH

ORDER REFERRING CASE FOR SETTLEMENT CONFERENCE

    This case is currently stacked on the Trial Calendar of **Tuesday, April 19, 2016,** for a Jury Trial.

    **IT IS ORDERED** that this case is hereby referred to Magistrate Judge **Carl W. Hoffman** for a settlement conference.

    DATED this 19th day of November, 2015.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE