BRENDA H. ENTZMINGER
Nevada Bar No. 9800
JENNIFER TAYLOR, ESQ.
Nevada Bar No. 6141
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SUZY MCCABE,<br><br>    Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC., WALMART NEIGHBORHOOD MARKET, DOE MAINTENANCE EMPLOYEE, DOE EMPLOYEE, DOE JANITORIAL EMPLOYEE, DOE OWNER, I-V, ROE EMPLOYER, and ROE COMPANIES,<br><br>    Defendants. | Case No.: 2:14-01987-JAD-CWH<br><br>**[PROPOSED ORDER] GRANTING WAL-MART STORES, INC.'S MOTION TO COMPEL DEPOSITION OF DR. WILLIAM REEVES AND ORDER TO APPEAR** |

This matter having come before the Court on December 1, 2015 for hearing on Defendant WAL-MART STORES, INC.'S Motion to Compel Attendance at a Deposition by Non-Party William Reeves, M.D.; Jennifer Taylor, Esq. of the law firm of Phillips, Spallas & Angstadt, LLC appearing on behalf of Defendant WAL-MART STORES, INC.; and Jaqueline Bretell, Esq. of Morris Anderson, appearing on behalf of Plaintiff, Ms. MCCABE; the Court having read the pleadings and papers on file herein, having heard argument of counsel and good cause appearing therefore:

IT IS HEREBY ORDERED that Defendant's Motion to Compel Attendance at a Deposition by Non-Party William Reeves, M.D. is GRANTED.  Defendant Walmart may conduct the deposition of William Reeves, M.D. in the jurisdiction in which he resides regarding the above-entitled action.

- 1 -

IT IS FURTHER HEREBY ORDERED that William Reeves, M.D. is Ordered to Appear for deposition, and, provide testimony under oath in the above-entitled action in the jurisdiction wherein he resides at the time he is served with this Order to Appear. Said deposition shall be scheduled for a time mutually convenience for the parties and William Reeves, M.D. Failure of William Reeves, M.D. to appear for deposition and give testimony may subject William Reeves, M.D. to possible sanctions and/or further Order of this Court.

<u>**IT IS SO ORDERED**</u>

_____
**UNITED STATES MAGISTRATE JUDGE**
DATED: December 9, 2015

Respectfully submitted by:

**PHILLIPS, SPALLAS & ANGSTADT LLC**

BRENDA H. ENTZMINGER
Nevada Bar No. 9800
JENNIFER TAYLOR, ESQ.
Nevada Bar No. 6141
504 South Ninth Street
Las Vegas, Nevada 89101

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of December, 2015, I served a true and correct copy of the foregoing, **[PROPOSED ORDER] GRANTING WAL-MART STORES, INC.'S MOTION TO COMPEL DEPOSITION OF DR. WILLIAM REEVES and ORDER TO APPEAR**, by facsimile and by U.S. Mail, in a sealed envelope, first-class postage fully prepaid, addressed to the following counsel of record, at the address listed below:

| ATTORNEY OF RECORD | TELEPHONE/FAX | PARTY |
|---|---|---|
| RYAN M. ANDERSON, ESQ.<br>Nevada Bar No. 11040<br>JACQUELINE BRETELL<br>MORRIS ANDERSON<br>716 S. Jones Blvd.<br>Las Vegas, NV 89107 | Phone 702-333-1111<br>Fax     702-507-0092 | Plaintiff |

*/s/ Jennifer Taylor*
_____
An Employee of PHILLIPS, SPALLAS & ANGSTADT LLC