1  BRENDA H. ENTZMINGER, ESQ.
   Nevada Bar No. 9800
2  **PHILLIPS, SPALLAS & ANGSTADT LLC**
3  504 South Ninth Street
   Las Vegas, Nevada 89101
4  bentzminger@psawlaw.net
   (702) 938-1510
5  (702) 938-1511

6  *Attorneys for Defendants*
   *Wal-Mart Stores, Inc. and*
7  *Walmart Neighborhood Market*

8                  UNITED STATES DISTRICT COURT

9                       DISTRICT OF NEVADA

10 SUSIE MCCABE,                    Case No.: 2:14-01987-JAD-CWH
11
              Plaintiff,            **STIPULATION AND ORDER FOR**
12 v.                               **DISMISSAL WITH PREJUDICE**

13 WAL-MART STORES, INC., WALMART
   NEIGHBORHOOD MARKET, DOE
14 MAINTENANCE EMPLOYEE, DOE
   EMPLOYEE, DOE JANITORIAL
15 EMPLOYEE, DOE OWNER, I-V, ROE
   EMPLOYER, and ROE COMPANIES,
16
              Defendants.
17

       IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective
18
   counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that
19

20 //

21 //

22 //

23 //
24
   //
25
26 //

27 //

28 //

- 1 -

party's own costs and attorney's fees.

DATED this 2 day of November, 2016.

MORRIS ANDERSON

_____
Ryan M. Anderson, Esq. 1847
716 South Jones Boulevard
Las Vegas, Nevada 89107
*Attorneys for Plaintiff*
*Susie McCabe*

DATED this 15th day of November, 2016.

PHILLIPS, SPALLAS & ANGSTADT

_____
Brenda H. Entzminger
504 South Ninth Street
Las Vegas, Nevada 89101
*Attorneys for Defendants*
*Wal-Mart Stores, Inc. and*
*Walmart Neighborhood Market*

### ORDER

Based on the parties' stipulation, IT IS HEREBY ORDERED this action is DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is instructed to CLOSE this case.

Dated: November 15, 2016.

_____
UNITED STATES DISTRICT JUDGE